Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, California 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com

Jesse S. Johnson (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
jjohnson@gdrlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Delia Aikens, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Malcolm Cisneros, A Law Corporation,<br><br>Defendant.<br>_____<br>Malcolm Cisneros, A Law Corporation,<br><br>Third-party Plaintiff,<br><br>vs.<br><br>Panatte, LLC, and Special Default Services, Inc.,<br><br>Third-party Defendants. | Case No. 5:17-cv-02462-JLS-SP<br><br>PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:  May 10, 2019<br>Time:  10:30 a.m.<br>Judge:  Hon. Josephine L. Staton |

PLEASE TAKE NOTICE that on May 10, 2019 at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the United States District Court for the Central District of California, located on the 10th Floor, 411 W. Fourth St., Santa Ana, CA, 92701, Delia Aikens will and hereby does move for preliminary approval of the class action settlement she has reached with Defendant Malcolm Cisneros, A Law Corporation.

This motion is based on this notice as well as the concurrently filed Memorandum of Points and Authorities, along with that memorandum's exhibits. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 28, 2018, between the undersigned and Christopher D. Holt, counsel for Defendant. Mr. Holt confirmed that Defendant does not oppose the relief requested.

Dated: March 15, 2019        Respectfully submitted,

*/s/ Jesse S. Johnson*
Jesse S. Johnson (*pro hac vice*)
Greenwald Davidson Radbil PLLC

Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ Jesse S. Johnson*
Jesse S. Johnson