1  Todd M. Friedman (SBN 216752)
   Law Offices of Todd M. Friedman, P.C.
2  324 S. Beverly Drive, Suite 725
   Beverly Hills, California 90212
3  Phone: 877-206-4741
4  Fax: 866-633-0228
   tfriedman@toddflaw.com
5

6  Jesse S. Johnson (*pro hac vice*)
   Greenwald Davidson Radbil PLLC
7  7601 N. Federal Hwy., Suite A-230
   Boca Raton, FL 33487
8  Phone: (561) 826-5477
   Fax: (561) 961-5684
9  jjohnson@gdrlawfirm.com

10
              **IN THE UNITED STATES DISTRICT COURT**
11           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12
   Delia Aikens, *on behalf of herself and*   )  Case No. 5:17-cv-02462-JLS-SP
13 *others similarly situated*,                )
                                               )  PLAINTIFF'S NOTICE OF
14 Plaintiff,                                  )  UNOPPOSED MOTION FOR FINAL
                                               )  APPROVAL OF CLASS ACTION
15      vs.                                    )  SETTLEMENT
                                               )
16 Malcolm Cisneros, A Law Corporation, )  Date:   December 13, 2019
17                                             )  Time:   10:30 a.m.
   Defendant.                                  )  Judge:  Hon. Josephine L. Staton
18 _____ )
   Malcolm Cisneros, A Law Corporation, )
19                                             )
20 Third-party Plaintiff,                      )
                                               )
21      vs.                                    )
                                               )
22 Panatte, LLC, and Special Default           )
23 Services, Inc.,                             )
                                               )
24 Third-party Defendants.                     )

1     PLEASE TAKE NOTICE that on December 13, 2019 at 10:30 a.m. or as soon

2   thereafter as the matter may be heard in Courtroom 10A of the United States District

3   Court for the Central District of California, located on the 10th Floor, 411 W. Fourth

4   St., Santa Ana, CA, 92701, Delia Aikens will and hereby does move for final

5   approval of the class action settlement she has reached with Defendant Malcolm

6   Cisneros, A Law Corporation.

7
8     This motion is based on this notice as well as the concurrently filed

9   Memorandum of Points and Authorities, along with that memorandum's exhibits.

10   This motion is made following the conference of counsel pursuant to L.R. 7-3, which

11   took place on December 28, 2018, between the undersigned and Christopher D. Holt,

12   counsel for Defendant. Mr. Holt confirmed that Defendant does not oppose the relief

13   requested.

14

15

16   Dated: November 8, 2019          Respectfully submitted,

17                                    */s/ Jesse S. Johnson*
                                      Jesse S. Johnson (*pro hac vice*)
18                                    Greenwald Davidson Radbil PLLC

19
                                      Todd M. Friedman (SBN 216752)
20                                    Law Offices of Todd M. Friedman, P.C

21

22

23

24

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on November 8, 2019, I filed the foregoing with the Clerk

4    of Court using the Court's CM/ECF system, which will send notice to all counsel of

5    record.

6                                    */s/ Jesse S. Johnson*
                                     Jesse S. Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24