JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Delia Aikens, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> Malcolm Cisneros, A Law Corporation, <br><br> Defendant. <br> _____ <br> Malcolm Cisneros, A Law Corporation, <br><br> Third-party Plaintiff, <br><br> vs. <br><br> Panatte, LLC, and Special Default Services, Inc., <br><br> Third-party Defendants. <br> _____ | Case No. 5:17-cv-02462-JLS-SP <br><br><br> FINAL JUDGMENT |

On December 13, 2019, this Court held a fairness hearing regarding the parties' proposed class action settlement. Thereafter, this Court finally approved the settlement by Order dated January 2, 2020, ECF No. 76. It is therefore ORDERED, ADJUDGED AND DECREED THAT:

The Court finds the settlement proposed by the parties in the proposed Settlement Agreement [ECF No. 54-2, Exh. 1] is fair, adequate and reasonable. The Court further finds that the Settlement Agreement is the product of good faith, non-collusive, and arms-length negotiations between the parties, and confers a significant benefit to the class. The nature of Plaintiff's claims, the strength of the Defendant's defenses, the amounts paid under the Settlement Agreement, and the fact that the Settlement Agreement represents a compromise of the parties' respective positions rather than the result of a finding of liability at trial, all support the granting of approval of the terms of the Settlement Agreement.

The Court approves the $6,900 non-revisionary class fund and $1,000 statutory damages payment to named Plaintiff Delia Aikens.

The Court finds that the total anticipated administration cost of $2,880.80 is reasonable.

The Court awards class counsel $80,004.33 in attorneys' fees and reimbursement of $1,095.67 in costs and litigation expenses.

The Court finds that the releases, waivers and covenant not to sue by Plaintiff Delia Aikens and the Class Members, as set forth in the Settlement Agreement, are approved and hereby incorporated by reference and made part of this Judgment as though fully set forth herein.

The released claims are consequently compromised, settled, released, discharged, and dismissed with prejudice by virtue of these proceedings and this Judgment.

This action is dismissed with prejudice as to all other issues concerning Plaintiff's and the class members' claims against Defendant. This Court retains continuing and exclusive jurisdiction over the parties and all matters relating to the settlement agreement hereby approved, including the administration, interpretation, construction, effectuation, enforcement, and consummation of the settlement and this Order.

DATED: February 05, 2020

_____
The Hon. Josephine L. Staton
United States District Judge